UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA LYNN SCHROEDER,<br>On behalf of her minor daughter K.P.,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Case No. CV 14-06487 (GJS)<br><br>JUDGMENT |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: July 29, 2015          _____

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE