```
 1  Erika Bailey Drake (SBN 248034)
    edrake@drakeanddrake.com
 2  Roger D. Drake (SBN 237834)
    rdrake@drakeanddrake.com
 3  23679 Calabasas Road, Suite 403
 4  Calabasas, California  91302
    Telephone:  818.438.1332
 5  Facsimile:  818.854.6899
 6  Attorneys for Plaintiff
 7
 8
                UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  LISA LYNN SCHROEDER,           )
    On behalf of her minor daughter K.P.,)
12                                 )  CASE NO.: 2:14-cv-06487-GJS
13        Plaintiff,               )
                                   )
14                                 )
    v.                             )
15                                 )  [PROPOSED] ORDER AWARDING
16  CAROLYN W. COLVIN, Acting,     )  EAJA FEES
    Commissioner of Social Security,)
17                                 )
18        Defendant.               )
                                   )
19  _____)
20
21
22        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
23        IT IS ORDERED that EAJA fees are awarded in the amount of TWO
24  THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the
25  terms of the Stipulation.
26
27  DATED: September 17, 2015       _____
                                    GAIL J. STANDISH
28                                  UNITED STATES MAGISTRATE JUDGE
```

-1-